EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney
District of Hawaii

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 02 2002

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

UNSEALED BY ORDER OF THE COURT
DATE: JUL 15 2002

SEALED
BY ORDER OF THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02-00286 DAE |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | [21 U.S.C. §§ 841, 846 and 18 U.S.C. § 2] |
| MYINT TIN, (01) CHERYL BRILL (02) | ) | RE: DEFT 02 |
| Defendants. | ) | |

BY ORDER OF THE COURT
DATE: JUL 15 2002 -
1ST NAME AMENDED TO CHERLY

INDICTMENT

Count 1:

The Grand Jury charges:

From on or about February 2001, to and including May 15, 2001, in the District of Hawaii, and elsewhere, **MYINT TIN** defendant herein, did willfully and unlawfully conspire together with Warren Katz and David Curiel, who are not named as

defendants in this Indictment, and others known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute, and distribute, in excess of fifty (50) grams of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

It was the object of the aforesaid conspiracy to possess for distribution methamphetamine in Hawaii.

### OVERT ACTS

In furtherance of said conspiracy and to effect the objects thereof, the defendants performed overt acts in the District of Hawaii and elsewhere which include, but are not limited to, the following:

1. On May 2, 2001, Curiel flew from Honolulu to Los Angeles on Hawaiian Airlines and accepted approximately 692 grams of methamphetamine from MYINT TIN.

2. On May 2, 2001, in Los Angeles, Curiel accepted a phone number for "Warren" from MYINT TIN, who he was to call upon his return to Honolulu and to whom he was to distribute the drugs.

3. On May 2, 2001, in Los Angeles, MYINT TIN called KATZ to coordinate the meeting for Curiel to deliver the drugs to KATZ in Hawaii on May 3, 2001.

4.  On May 3, 2001, Curiel flew from Los Angeles to Honolulu and carried approximately 692 grams of methamphetamine in his carry on bag.

All in violation of Title 21, United States Code, Section 846.

### Count 2:

The Grand Jury further charges:

On or about May 2, 2001, to and including May 3, 2001, in the District of Hawaii, **MYINT TIN**, did knowingly and intentionally possess, with intent to distribute, in excess of fifty (50) grams of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18 United States Code Section 2.

### Count 3:

The Grand Jury further charges:

On or about December 14, 2001 [handwritten correction; "CAT" initialed] (originally 2002), in the District of Hawaii, **CHERYL BRILL**, did knowingly and intentionally possess, with intent to distribute, and distribute, in excess of five (5) grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)

Count 4:

The Grand Jury further charges:

On or about December 15, 2001, in the District of Hawaii, **MYINT TIN** and **CHERYL BRILL**, did knowingly and intentionally possess, with intent to distribute, and distribute, in excess of fifty (50) grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18 United States Code Section 2.

DATED: Honolulu, Hawaii, _July 2, 2002_.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
CHRIS A. THOMAS
Assistant U.S. Attorney

U.S. v. Myint Tin
"Indictment"
Cr. No.

4