PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:   alexander_silvert@fd.org

Attorney for Defendant
CHERLY BRILL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No.  02-00286 DAE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) REDUCING SENTENCE TO TIME |
| vs. | ) SERVED PURSUANT TO NEW |
| | ) SENTENCING GUIDELINE |
| CHERLY BRILL, | ) AMENDMENT |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION AND ORDER REDUCING SENTENCE TO TIME SERVED PURSUANT TO NEW SENTENCING GUIDELINE AMENDMENT**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that, pursuant to 18 U.S.C. § 3582(c), the defendant's sentence of 36 months incarceration imposed on October 13, 2005, is reduced to TIME

SERVED.[1]  All other provisions of the sentence imposed on October 13, 2005, remain unaltered.

        The defendant, CHERLY BRILL, is currently serving a term of imprisonment for an offense involving cocaine base (crack).  Ms. Brill is currently incarcerated at FCI Dublin and was contacted by counsel by phone.  Ms. Brill consents to counsel entering into this stipulation.

        Ms. Brill was sentenced by this Court on October 13, 2005, to a term of 36 months imprisonment.  Her guideline range was 70-87 months, based on a total offense level of 27 and a criminal history category of I.  The Court departed downward due her cooperation.  The departure represented a difference of approximately 48.6% from the low-end of the range.  Based upon the new crack cocaine amendment, Ms. Brill's new guideline range, absent cooperation, would be level 25, resulting in a guideline range of 57-71 months.  A similar percentage departure would result in a new sentence of approximately 30 months.

        The United States Sentencing Commission lowered many guidelines ranges for crack cocaine defendants on November 1, 2007.  See U.S.S.G.

---

[1] This would approximately reduce her sentence by approximately two months as Ms. Brill is currently scheduled to be release by the BoP on June 29, 2008.

Appendix C, Amdt. 706.  The amendment was made retroactive.  See Amendment 706.

The parties agree that Ms. Brill is eligible for a reduction of his sentence by retroactive application of Amendment 706 pursuant to § 3582(c) and U.S.S.G. policy statement § 1B1.10.  Given that the parties agree that Ms. Brill is eligible for a reduction pursuant to the new amendment, the parties agree that Ms. Brill should be resentenced to TIME SERVED.

Wherefore, the parties agree that the Court impose a sentence of TIME SERVED.

IT IS SO STIPULATED:

DATED:  Honolulu, Hawaii, April 29, 2008.

  /s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
CHERLY BRILL

  /s/ Chris Thomas
CHRIS THOMAS
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, April 30, 2008.



_____
David Alan Ezra
United States District Judge

UNITED STATES v. CHERLY BRILL
Cr. No. 02-00286 DAE
STIPULATION AND ORDER REDUCING SENTENCE
TO TIME SERVED PURSUANT TO NEW SENTENCING GUIDELINE AMENDMENT